McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MIGUEL ARRUE,<br><br>       Defendant. | CR.S. 03-239 GEB<br><br>MOTION TO DISMISS INDICTMENT |

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court pursuant to Rule 48, Fed. R. Crim. P., to dismiss the indictment for the above-entitled case. The government had reached an agreement with this defendant's son, Jean Pierre Arrue, which included the dismissal of this indictment as part of his son's agreement to cooperate. Dismissal was also prompted by the government's further investigation of this case which showed that this defendant in fact had very minimal involvement in the scheme

///

///

///

1

1  which resulted in a very large defraud upon of the Medi-Cal
2  Program.  Based upon the aforesaid reasons, the government hereby
3  moves to dismiss the indictment in this case.
4
5  March 7, 2008                           McGREGOR W. SCOTT
                                            United States Attorney
6
7                                          /s/ Laura L. Ferris
                                            LAURA L. FERRIS
8                                           Assistant U.S. Attorney
9
**IT IS SO ORDERED.**
10
11 Dated:  March 10, 2008
12
13                                         _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge